Go Back Now

## Case Detail

### Case Information

| | |
|---|---|
| Court System: | **Circuit Court For Queen Annes County - Civil** |
| Location: | **Queen Annes Circuit Court** |
| Case Number: | **C-17-CV-26-000053** |
| Case Title: | **Eric Brink, et al. vs. Shelton Gibson, et al.** |
| Case Type: | **Tort - Motor** |
| Filing Date: | **03/17/2026** |
| Case Status: | **Open** |

### Involved Parties Information

#### Defendant

Name: **Gibson, Shelton T**
Address: **239 W. 21st Street**
City: **CHESTER** State: **PA** ZIP Code: **19013**

#### Defendant

Name: **Amazon Logistics, Inc.**
Address: **410 Terry Avenue, North**
City: **SEATTLE** State: **WA** ZIP Code: **98109**

Defendant

Name: **EAN Holdings, LLC**
Address: **c/o The Corporation Trust, Inc.**
Address Line 2: **2405 York Road, ste. 201**
City: **LUTHERVILLE TIMONIUM** State: **MD** ZIP Code: **21093**

Plaintiff

Name: **Brink, Eric H**
Address: **725 4th Street**
City: **Union Beach** State: **NJ** ZIP Code: **07735**

Attorney(s) for the Plaintiff

Name: **Blum, David Wesley**
Appearance Date: **03/17/2026**

Plaintiff

Name: **Brink, Barbara J**

Attorney(s) for the Plaintiff

Name: **Blum, David Wesley**
Appearance Date: **06/18/2026**

## Docket Entries

File Date: **03/17/2026**

Docket Entry Name: **Complaint / Petition**

Comment: **Brink Complaint**

File Date: **03/17/2026**

Docket Entry Name: **Summons Issued (Service Event) - New Case**

File Date: **03/17/2026**

Docket Entry Name: **Writ/Summons/Pleading - Electronic Service**

Comment: **Summons EAN**

File Date: **03/17/2026**

Docket Entry Name: **Writ/Summons/Pleading - Electronic Service**

Comment: **Summons Gibson**

**NOTICE: Due to scheduled maintenance, the Maryland Case Search & Record Portal will be unavailable on Friday, August 21, 2026, from 05:30 PM to 11:59 PM.**
**For existing Odyssey Portal users, before your first login here, please watch the video titled - "Training Video for New Maryland Judiciary Case Search & Record Portal" at** E-filing - Attorneys | Maryland Courts.

File Date: **05/27/2026**

Docket Entry Name: **Summons Issued (Service Event)**

Comment: **Copies efiled to David W. Blum, Esq. for Service.**

File Date: **05/27/2026**

Docket Entry Name: **Writ/Summons/Pleading - Electronic Service**

Comment: **Summons**

File Date: **06/01/2026**

Docket Entry Name: **Affidavit - Service**

Comment: **AOS-SHELTON T GIBSON**

File Date: **06/17/2026**

Docket Entry Name: **Motion**

Comment: **Brink Motion for Leave to File Amended Complaint.**

File Date: **06/17/2026**

Docket Entry Name: **Complaint - Amended**

Comment: **Brink Amended Complaint**

File Date: **07/06/2026**

Docket Entry Name: **Order - Motion/Request/Petition Granted**

Comment: **Order granting PLT Motion for Leave to File Amended Complaint. Copies efiled to David Blum, Esq. Copies mailed to Shelton Gibson and Ean Holdings, LLC.**

File Date: **07/06/2026**

Docket Entry Name: **Summons Issued (Service Event)**

Comment: **Copies efiled to David W. Blum, Esq. for Service.**

File Date: **07/06/2026**

Docket Entry Name: **Writ/Summons/Pleading - Electronic Service**

Comment: **Summons Amazon**

File Date: **07/06/2026**

Docket Entry Name: **Writ/Summons/Pleading - Electronic Service**

Comment: **Order granting PLT Motion for Leave to File Amended Complaint**

File Date: **07/29/2026**

Docket Entry Name: **Request to Re-Issue**

Comment: **Brink Request to Re-Issue Summons for EAN Holdings, LLC**

File Date: **07/30/2026**

Docket Entry Name: **Summons Issued (Service Event)**

Comment: **Efiled to David Blum, Esq. for service**

File Date: **07/30/2026**

Docket Entry Name: **Writ/Summons/Pleading - Electronic Service**

Comment: **Summons**

File Date: **07/30/2026**

Docket Entry Name: **Affidavit - Service**

Comment: **AOS - AMAZON LOGISTICS INC**

File Date: **08/06/2026**

Docket Entry Name: **Affidavit - Service**

Comment: **AOS - EAN HOLDINGS, LLC**

## Service Information

| Service Type | Issue Date |
|---|---|
| Summons Issued | 03/17/2026 |
| Summons Issued | 05/27/2026 |
| Summons Issued | 07/06/2026 |
| Summons Issued | 07/30/2026 |

This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.

Copyright © 2026. Maryland Judiciary. All rights reserved. | Environment: PROD | Version: 1.1